UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE INLAND EMPIRE ELECTRICAL WORKERS WELFARE TRUST and 112/73 RETIREMENT TRUST FUND NECA-IBEW,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BABCOCK ELECTRICAL SERVICES, INC., a Washington corporation,<br><br>                    Defendant. | NO. CV-05-0126-EFS<br><br>**DEFAULT JUDGMENT** |

Before the Court, without oral argument, is Plaintiffs' Motion for Entry of Default Judgment, which was filed on January 27, 2006. (Ct. Rec. 11.)  After considering Plaintiffs' motion and the records and files herein, the Court hereby finds:

1.   An Order granting default was entered by the Clerk of the Court against Defendant Babcock Electrical Services, Inc. and in favor of Plaintiffs on December 15, 2005. (Ct. Rec. 10.)

2.   Pursuant to the terms of the parties' Trust Agreement (*see* Ct. Rec. 19 Ex. C), Plaintiffs are entitled to an award against Defendant Babcock Electrical Services, Inc. for $7,624.33 in unpaid contributions, plus $1,159.30 in liquidated damages, plus $1,099.19 in prejudgment

ORDER ~ 1

interest, plus $2,562.93 in audit expenses, plus $2,449.66 in attorney fees and associated litigation costs, plus post-judgment interest at the rate of 8.0% per annum, as provided for in the parties' Trust Agreement (*see* Ct. Rec. 19 Ex. C at 4), from the date hereof until satisfied.[1]

Based upon the foregoing, **it is hereby, ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiffs' Motion for Entry of Default Judgment **(Ct. Rec. 11-1)** is **GRANTED.**

2. Plaintiffs' Motion for Entry of Default Judgment Against Defendant **(Ct. Rec. 9-4)** is **DENIED AS MOOT.**

3. Plaintiffs, **BOARDS OF TRUSTEES OF THE INLAND EMPIRE ELECTRICAL WORKERS WELFARE TRUST and 112/73 RETIREMENT TRUST FUND NECA-IBEW**, are awarded judgment against Defendant **BABCOCK ELECTRICAL SERVICES, INC.** for **$7,624.33** in unpaid contributions, **plus $1,159.30** in liquidated damages, **plus $1,099.19** in prejudgment interest, **plus $2,562.93** in audit expenses, **plus $2,449.66** in attorney fees and associated litigation costs, **plus**

---

[1] Plaintiffs filed a Motion for Entry of Default Judgment Against Defendant ("December Motion for Default Judgment") (Ct. Rec. 9-4) with its Motion for Default (Ct. Rec. 9-1) on December 6, 2005. The December Motion for Default Judgment seeks the same relief and is nearly identical to the Motion for Entry of Default Judgment filed by Plaintiffs on January 27, 2006. (*Cf.* Ct. Rec. 9-4 & 11.) Accordingly, the Court assumes the later filed motion was intended to supercede the earlier motion. For this reason, the Court denies as moot the December Motion for Default Judgment (Ct. Rec. 9-4).

ORDER ~ 2

1   **post-judgment interest at the rate of 8.0% per annum**, as provided for in

2   the parties' Trust Agreement (*see* Ct. Rec. 19 Ex. C at 4), from the date

3   hereof until satisfied.

4         **IT IS SO ORDERED.**  The District Court Executive is directed to:

5         (A)  Enter this Judgment,

6         (B)  Provide copies of this Judgment to counsel and Defendant, and

7         (C)  **Close this file.**

8   **DATED** this 27th   day of March, 2006.

9

10                        S/ Edward F. Shea
                        EDWARD F. SHEA
11              United States District Judge

12  Q:\Civil\2005\0126.default.judgment.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ~ 3